

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00138-CV

**IN THE INTEREST OF N.A.C. JR.**, J.A.C., and M.I.C., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00803
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

No costs of appeal are assessed against appellant because she is indigent.

SIGNED July 19, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice